IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| VALLEY BUILDING & CONSTRUCTION CORP: | | |
| Debtor. | : | Case No. 06-16119 (JKF) |
| | | |
| HOWARD GLASSMAN, Trustee of Valley Building & Construction Corp., | : | |
| Plaintiff, | : | |
| v. | : | |
| WILLIAM O'BRIAN, | : | Adversary No. 08-0080 |
| Defendant. | : | |

## ORDER

AND NOW, this 5th day of August, 2010, after a trial of this matter, judgment is hereby entered against the plaintiff, Howard Glassman, the Trustee of Valley Building & Construction Corp. and in favor of the defendant, William O'Brien.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

**Plaintiff's Counsel**
D. Andrew Bertorelli, Jr., Esquire
Michael J. Shavel, Esquire
Spector Gadon & Rosen, P.C.
1000 Lenola Road
P.O. Box 1001
Moorestown, NJ  08057

**Defendant's Counsel**
William J. O'Brien, II, Esquire
Manayunk Law Office
4322 Main Street
Philadelphia, PA  19127

**Courtroom Deputy**
Ms. Joan Ranieri